FILED

MAY 22 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. SMALLWOOD, JR.<br><br>Defendants. | Case No.: 19MJ2141<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. Sec. 922(g)(1) – Felon in Possession of a Firearm<br>Title 26 U.S.C. Sec. 5861(d) – Possession of Unregistered Firearm |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about April 16, 2019, within the Southern District of California, defendant, KENNETH W. SMALLWOOD JR., a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm that traveled in and affected interstate commerce, to wit: a Izhmash ("IMEZ"), Model IJ70-17A, .380 caliber, semi-automatic pistol bearing serial number B TK 6164; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about April 16, 2019, within the Southern District of California, defendant, KENNETH W. SMALLWOOD JR. did knowingly and intentionally possess a firearm not registered with National Firearms Registration and Transfer Record ("NFRTR") as required by the National Firearms Act ("NFA") to wit: a Auto Ordnance West, Model Thompson

M1, .45 caliber, machinegun rifle bearing serial number 38419; in violation of Title 26, United States Code, Section 5861(d).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
SEAN BECKER
Special Agent, ATF

Sworn to me and subscribed in my presence this 10th day of May, 2019.

_____
HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On April 16, 2019, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Agents received a referral at the San Diego Field Office to conduct a follow up retrieval investigation into a stolen government firearms slide sold on Ebay. The referral identified the purchaser as Kenneth W. SMALLWOOD, JR. ("SMALLWOOD") at 10039 Rancho Capitan in Lakeside, California (the "RESIDENCE").

Prior to contacting SMALLWOOD, agents discovered that SMALLWOOD had two prior felony convictions in 1985 and that a record check in the California Automated Firearms System ("AFS") showed four firearms registered in his name with no transfer records.

On April 16, 2019, three agents dressed in plain civilian style clothing responded to SMALLWOOD's RESIDENCE to conduct a follow up investigation in reference to the stolen government property sold on Ebay and the firearms registered to SMALLWOOD in AFS. The agents knocked on the front door of the RESIDENCE and were greeted by SMALLWOOD's wife who invited the agents into the residence. After entering the RESIDENCE foyer, the agents asked to speak with SMALLWOOD about a follow-up investigation. SMALLWOOD appeared from the second floor and came down the stairs to greet the agents. An ATF agent asked SMALLWOOD about the stolen government firearms slide and he instantly recalled conducting the purchase for the item, however he had no knowledge that it was stolen. SMALLWOOD told the agents he built a pistol as a gift with the firearms slide and had given it to a military friend. The agent asked SMALLWOOD why he would build firearms when he was not to possess any firearms due to his prior felony convictions. SMALLWOOD attempted to rationalize the building of a firearm as a hobby and that the United States government taught him how to do it in the military. SMALLWOOD stated that the convictions were from a mistake he made over thirty years ago and that he had done nothing wrong since.

The agent asked SMALLWOOD about the firearms registered to him in AFS. SMALLWOOD advised he no longer had the firearms and was unable to provide any documentation for the transfer of the firearms.

Based upon the investigation, the agents became concerned SMALLWOOD was illegally in possession of firearms at the residence. The agent asked SMALLWOOD if he had any firearms at the residence and he admitted to possessing firearms in the master bedroom he shared with his wife. SMALLWOOD and his wife both provided voluntary verbal consent to the agent to search SMALLWOOD's chest and he provided agents with a key to the chest. Inside the chest, the agents located and seized several pistols, ammunition, and magazines to include an Izhmash ("IMEZ"), Model IJ70-17A, .380 caliber, semi-automatic pistol bearing serial number B TK 6164.

The agents attempted to verify that SMALLWOOD did not have access to any other firearms at the residence due to SMALLWOOD's wife having several firearms, to include long guns, registered in her name in AFS. After the agents were unable to confirm the location of SMALLWOOD's wife's other firearms and SMALLWOOD's admission of manufacturing a firearm, the agent asked SMALLWOOD if he would verbally consent to a search of his garage. SMALLWOOD provided voluntary verbal consent to the agent to search his garage. Inside SMALLWOOD's garage, agents located two large firearms safes. After SMALLWOOD entered the garage, SMALLWOOD's wife told the agent with her that the agents were going to be there for significant time period and that SMALLWOOD had machineguns. SMALLWOOD utilized two combinations to open both safes for the agents. The agents located and seized numerous firearms, machine guns, firearms parts, and ammunition, to include an Auto Ordnance West, Model Thompson M1, .45 caliber, machinegun rifle bearing serial number 38419.

ATF has investigated and determined that Izhmash ("IMEZ"), Model IJ70-17A, .380 caliber, semi-automatic pistols are not manufacture any firearms in California and therefore this firearm seized has traveled in interstate commerce.

ATF queried SMALLWOOD's name through the National Firearms Registration and Transfer Record ("NFRTR"). This query was negative for firearms to SMALLWOOD in the NFRTR.

SMALLWOODS records check revealed the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 08/16/1985 | CASC | PC 12020(A) – Poss/Mfg/Sell Dangerous Weapon Etc (Felony) | 1 day jail, 3 years probation |
| 08/16/1985 | CASC | PC 487.3 – Grand Theft: Auto (Felony) | 1 day jail, 3 years probation |

5